

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:   01-12-00481-CR

Style:      Gregory Roy Johnson

        **v** The State of Texas

Date motion filed*:  May 28, 2013

Type of motion:   Extension of Time

Party filing motion:  Appellant

Document to be filed: Pro Se Anders Response

If motion to extend time:

    Deadline to file document:    June 7, 2013

    Number of previous extensions granted:  2, noting that no further extensions would be granted

    Length of extension sought:    45 days

Ordered that motion is:

   ☐  Granted
      If document is to be filed, document due:

      ☐ The Clerk is instructed to file the document as of the date of this order
      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☑  Denied

   ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  **The Court will consider any pro se response on file when the case is submitted.**

Judge's signature: /s/ Sherry Radack
       ☑ Acting individually  ☐ Acting for the Court

Date: June 10, 2013

November 7, 2008 Revision